UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANTOINE LEE BOYLE, | ) |
| | ) |
|     Plaintiff, | ) |
| vs. | )   Case No. 1:25-cv-00013-SNLJ |
| | ) |
| MELINDA SORBELLO, et al., | ) |
| | ) |
|     Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court for case review. Since the filing of his Amended Complaint [Doc. 8], plaintiff has filed documents on three occasions that appear to be intended as exhibits in support of his claims. [Docs. 13, 14, 16]. The filing of exhibits that are not attached to the original complaint, an amended complaint, or a motion is not authorized by the Federal Rules of Civil Procedure or this Court's local rules. Therefore, Documents 13, 14, and 16 will be stricken from the record.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's filings at Documents 13, 14, and 16 are **STRICKEN** from the record.

**SO ORDERED** this 25th day of July, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE